UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Case No. |
| Plaintiff, ) | '08 MJ 2033 |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) |
| **Blanca Maricela SOTO,** ) | Transportation of Illegal Aliens |
| ) | |
| Defendant(s) ) | |

The undersigned complainant, being duly sworn, states:

On or about **July 1, 2008,** within the Southern District of California, defendant **Blanca Maricela SOTO** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Jose Francisco AGUIRRE-Martinez, Ramon TORRES-Silva, and Angelica MARTINEZ-Carpinteyro** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **3rd** DAY OF **JULY, 2008**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
**Blanca Maricela SOTO**

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Jose Francisco AGUIRRE-Martinez, Ramon TORRES-Silva,** and **Angelica MARTINEZ-Carpinteyro** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 1, 2008, Border Patrol Agents P. Robinson and M. Saclarides of the Pine Valley Station Abatement Team (PSAT) were performing anti-smuggling duties on Interstate 8 near Pine Valley, California. Both Agents were plainclothes and driving an unmarked agency vehicle. At approximately 3:50 p.m., Agents Robinson and Saclarides were observing traffic in the area of Kitchen Creek Road and Interstate 8. This area is frequently used by alien smugglers to drop off their human cargo in order to circumvent the I-8 westbound Border Patrol checkpoint. There are no homes or businesses along Kitchen Creek Road, only a Forest Service fire station and a camp ground.

Agents Robinson and Saclarides were traveling north on Kitchen Creek Road near the four mile marker when they noticed a white Chevrolet pickup truck traveling northbound behind them. Agent Robinson pulled the vehicle onto the shoulder of the roadway and the Agents observed the vehicle as it passed their location. Agent Robinson pulled back onto the roadway and began following the pickup. Both Agent Robinson and Saclarides observed three visible occupants in the passenger compartment of the pickup. The Agents continued to following the pickup to the locked Forest Service gate near the five mile marker of Kitchen Creek Road.

Upon reaching the locked gate, the driver later identified as the defendant **Blanca Maricela SOTO**, made a three point turn and traveled back south on Kitchen Creek Road. At this time both Agents Robinson and Saclarides were able to clearly see the defendant. Agent Saclarides contacted Border Patrol dispatch and requested stolen vehicle and vehicle registration checks on the pickup's license plate. Dispatch advised the Agents that the vehicle was registered to a person in Imperial Beach, California. While following the defendant back south, Agents Robinson and Saclarides noticed that there were now five or six occupants visible in the passenger compartment of the pickup.

Believing that the defendant was transporting illegal aliens, Agent Saclarides requested a marked Border Patrol vehicle to initiate a traffic stop on the defendant. Supervisory Border Patrol Agent J. Salazar, driving a marked Border Patrol vehicle, positioned his vehicle near the intersection of Kitchen Creek Road and Interstate 8. The defendant entered Interstate 8 heading east and Agent Robinson slowed down to allow the marked unit to overtake her vehicle and become the primary vehicle behind the defendant. Agents continued to follow the defendant east, approximately one half mile east of Crestwood Road when the defendant rapidly decelerated her vehicle and she and a male jumped out of the moving vehicle. Agent Saclarides pursued the defendant down the embankment and approximately 150 yards east along the Interstate in a cement drainage culvert. Agent Saclarides was able to apprehend the defendant.

**CONTINUATION OF COMPLAINT:**
**Blanca Maricela SOTO**

The vehicle continued moving for approximately 50 yards, until coming to a stop blocking both eastbound lanes on Interstate 8. Agents were able to apprehend all remaining individuals. All eight subjects were questioned as to their citizenship. The defendant stated she was a United States citizen, the other seven individuals stated they were Mexican citizens, in the United States illegally. At approximately 4:45pm, the defendant was arrested for alien smuggling and was transported, along with the seven smuggled aliens and the vehicle, to the Pine Valley Border Patrol Station for processing.

## MATERIAL WITNESSES STATEMENTS:

Material Witnesses **Jose Francisco AGUIRRE-Martinez, Ramon TORRES-Silva,** and **Angelica MARTINEZ-Carpinteyro** stated that they are citizens and nationals of Mexico illegally present in the United States. They stated that they did not have any immigration documents allowing them to be in the United States legally. The three material witnesses stated that they or family members made arrangements and were to pay between $1,500.00 to $2,000.00 dollars to be smuggled to various parts of California.

When shown a photographic lineup material witness **Angelica MARTINEZ-Carpinteyro** was able to identify the defendant **Blanca Maricela SOTO** as the driver.