# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
           Plaintiff                )
                       )
                       )
      vs.                )
                       )
    SOTO                )
           Defendant(s)                )
                       )

CRIMINAL NO. _08CR 2357 - JM_
                _08MJ 2033_

### ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States ~~District/~~ Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court)).

Angelica Martinez - Carpinteyro

DATED: ___7/18/08___

---
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
        **DUSM**

                  **OR**

       W. SAMUEL HAMRICK, JR.   Clerk
        by
            **Deputy Clerk**